UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAYK HARUTYUNYAN, <br><br> Petitioner, <br><br> v. <br><br> LILIT SARGSYAN, <br><br> Respondent. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> *      Civil Action No.  20-cv-10650-IT |

## Order of Dismissal

The court having denied Petitioner Hayk Harutyunyan's Verified Petition [Doc. No. 1], see Findings of Fact and Conclusions of Law 21 [Doc. No. 47], denied Petitioner's Motion for Reconsideration [Doc. No. 49], see Order [Doc. No. 53], and denied Respondent's requests for fees and sanctions, see Order Denying Respondent's Requests for Fees [Doc. No. 55], this case is dismissed and the matter is closed.

IT IS SO ORDERED.

Date: September 29, 2023         /s/ Indira Talwani
                                 United States District Judge